

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2015

No. 04-15-00538-CR

**IN RE** Kenneth **McGRAW**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

On August 28, 2015, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 3, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015CR6319, styled *The State of Texas v. Kenneth McGraw*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.